UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19469
    WENDY D DUREN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4864


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/20/2007 and was confirmed 01/28/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 263.59 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1298.02 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 325.85 | .00 | .00 |
| CITIFINANCIAL INC | SECURED VEHIC | 3820.00 | 174.08 | 2680.18 |
| CITIFINANCIAL INC | UNSECURED | 12594.62 | .00 | .00 |
| CFMC | CURRENT MORTG | .00 | .00 | .00 |
| CFMC | MORTGAGE ARRE | 1478.74 | .00 | .00 |
| CODILIS & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACTIVE CREDIT SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1420.68 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 8147.69 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 745.56 | .00 | .00 |
| CCG COLLECTION SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 1395.73 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| FEDERAL BOND & COLLECTIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 494.51 | .00 | .00 |
| IC SYSTEMS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | NOTICE ONLY | NOT FILED | .00 | .00 |
| RAB INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SIMS ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 833.59 | .00 | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19469 WENDY D DUREN

```
SUN CASH                    NOTICE ONLY    NOT FILED              .00          .00
T MOBILE                    UNSECURED        355.96               .00          .00
TARGET                      UNSECURED      NOT FILED              .00          .00
TEK COLLECT                 UNSECURED      NOT FILED              .00          .00
PAY DAY LOANS               UNSECURED      NOT FILED              .00          .00
FOREST GLEN CONDO           UNSECURED      NOT FILED              .00          .00
TSYS TOTAL DEBT MANAGEME    NOTICE ONLY    NOT FILED              .00          .00
US DEPT OF EDUCATION        UNSECURED        2630.77              .00          .00
INTERNAL REVENUE SERVICE    PRIORITY         1117.00              .00          .00
ILLINOIS DEPT OF REVENUE    UNSECURED        1168.65              .00          .00
LEGAL HELPERS PC            DEBTOR ATTY     2,500.00                        747.96
TOM VAUGHN                  TRUSTEE                                         297.78
DEBTOR REFUND               REFUND                                            .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      3,900.00

PRIORITY                                                 .00
SECURED                                             2,680.18
     INTEREST                                         174.08
UNSECURED                                                .00
ADMINISTRATIVE                                       747.96
TRUSTEE COMPENSATION                                 297.78
DEBTOR REFUND                                            .00
                           ---------------    ---------------
TOTALS                       3,900.00             3,900.00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE